**Ronald M. GREEN, Plaintiff–Appellant,**

v.

**HUNTLEIGH CORPORATION; James Williams; David Trent; Lonnie Pompey, Defendants–Appellees.**

**No. 01–1014.**

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Ronald M. Green, pro se. Thomas Edward Berry, Jr., McMahon, Berger, Hanna, Linihan, Cody & McCarthy, St. Louis, MO; Sharon Maitland Moon, Vivay Kumar Mago, Leclair Ryan, P.C., Richmond, VA, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Ronald M. Green appeals the district court's orders denying relief on his employment discrimination and 42 U.S.C.A. § 1983 (West Supp. 2000) complaint and his motions for reconsideration. His appeal is timely only as to the denial of his motion to reconsider the denial of his motion to reconsider. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Green v. Huntleigh Corp.*, No. CA–00–371–2 (E.D.Va. Dec. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*